# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:07CR00381 JLH

DERRICK LAMONT BOOTH                                                       DEFENDANT

## ORDER

A hearing on the government's petition to revoke is hereby scheduled for **WEDNESDAY, SEPTEMBER 4, 2013, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The government is directed to submit the appropriate documents for defendant's transportation to the hearing.

IT IS SO ORDERED this 22nd day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE