## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              No. 4:07CR00381 JLH

DERRICK LAMONT BOOTH                                                                  DEFENDANT

### ORDER

Pending before the Court is the defendant's motion to continue revocation hearing currently set for Wednesday, September 4, 2013. The motion is GRANTED. Document #74.

The supervised release revocation hearing for defendant Derrick Lamont Booth is hereby rescheduled for **THURSDAY, DECEMBER 12, 2013, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #70.

IT IS SO ORDERED this 29th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE